IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Redmond, Edwin L | Case Number: 07 B 02172 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 10/7/08 | Filed: 2/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 27, 2008
Confirmed: April 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,350.00 | |
| Secured: | | 4,747.98 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 307.62 |
| Trustee Fee: | | 294.40 |
| Other Funds: | | 0.00 |
| Totals: | 5,350.00 | 5,350.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,674.00 | 307.62 |
| 2. | Greater Suburban Acceptance Co | Secured | 12,625.66 | 4,240.50 |
| 3. | Luther Appliance | Secured | 507.48 | 507.48 |
| 4. | Illinois Dept Of Healthcare And Family | Priority | 12,606.15 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 4,666.19 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 541.46 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 262.65 | 0.00 |
| 8. | Sprint Nextel | Unsecured | 235.97 | 0.00 |
| 9. | Aspire Visa | Unsecured | 647.30 | 0.00 |
| 10. | Aspire Visa | Unsecured | | No Claim Filed |
| 11. | Direct Tv | Unsecured | | No Claim Filed |
| 12. | Aastro Title Lenders | Unsecured | | No Claim Filed |
| 13. | Cash Call | Unsecured | | No Claim Filed |
| 14. | Comcast | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | New Millennium Bank | Unsecured | | No Claim Filed |
| 17. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 18. | Payday Loan | Unsecured | | No Claim Filed |
| 19. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 20. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 21. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 22. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 23. | University of Chicago | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 34,766.86 | $ 5,055.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Redmond, Edwin L | Case Number: 07 B 02172 |
| | Judge: Squires, John H |
| Printed: 10/7/08 | Filed: 2/8/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 261.90 |
| 6.5% | 32.50 |
| | _____ |
| | $ 294.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

